E-FILED 12/12/16

**WESTGATE LAW**
Matthew A. Rosenthal (SBN 279334)
15760 Ventura Blvd., Ste. 880
Los Angeles, CA 91436
T: (818) 200-1497
F: (818) 869-2208
Matt@westgatelaw.com
Attorneys for Plaintiff,
JOSEPH SAMPLE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JOSEPH SAMPLE, | **Case No.: 2:16-cv-8513** |
| Plaintiff; | **NOTICE OF SETTLEMENT** ; |
| v. | ORDER |
| FINANCIAL CONTROL SERVICES, LLC, | |
| Defendant. | |

NOW COMES Plaintiff, JOSEPH SAMPLE, through attorneys, WESTGATE LAW, and hereby notifies this Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next sixty (60) days.

Plaintiff therefore respectfully requests this Honorable Court vacate all dates currently scheduled for the present matter.

- 1 -

RESPECTFULLY SUBMITTED,

DATED: December 8, 2016                 WESTGATE LAW

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff

IT IS SO ORDERED.

DATED: ___12/12/16___

_____
U.S. DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2016, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. A copy of said filing was transmitted by email to the following:

Charity A. Olson
OLSON LAW GROUP
2723 S. State St., Suite 150
Ann Arbor, MI 48104
Tel: (734) 222-5179
Fax: (866) 941-8712

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal