**WESTGATE LAW**
Matthew A. Rosenthal (SBN 279334)
15760 Ventura Blvd., Ste. 880
Los Angeles, CA 91436
T: (818) 200-1497
F: (818) 869-2208
Matt@westgatelaw.com
Attorneys for Plaintiff,
JOSEPH SAMPLE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JOSEPH SAMPLE, <br><br> Plaintiff; <br><br> v. <br><br> FINANCIAL CONTROL SERVICES, LLC, <br><br> Defendant. | Case No.: 2:16-cv-8513 <br><br> **PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** ; ORDER |

**PLEASE TAKE NOTICE** that Plaintiff, Joseph Sample, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that he voluntarily dismisses all claims in this action as to himself in his individual capacity with prejudice. Financial Control Services, LLC has neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice without an Order of the Court.

|   |   |
|---|---|
| | RESPECTFULLY SUBMITTED, |
| DATE: April 12, 2017 | WESTGATE LAW |
| | By:/s/ Matthew A. Rosenthal |
| | Matthew A. Rosenthal |
| | Attorney for Plaintiff |

### CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2017, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. A copy of the foregoing was transmitted by email to the following:

Charity A. Olson
OLSON LAW GROUP
2723 S. State St., Suite 150
Ann Arbor, MI 48104
Tel: (734) 222-5179
Fax: (866) 941-8712

By:/s/ Matthew A. Rosenthal
    Matthew A. Rosenthal

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**